LILLA D. TROMBLEE, Respondent, v. NORTH AMERICAN ACCIDENT INSURANCE COMPANY, Appellant.

Tromblee v. North American Acc. Ins. Co., 173 App. Div. 174, affirmed.

(Argued March 19, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of accident insurance. The complaint alleged, among other things, that on the 29th day of December, 1914, the insured slipped and fell to the ground, receiving injuries covered by said policy and from the effect of and as a direct result of which, he subsequently died. The issues raised by defendant's answer were whether the insured, on the 29th day of December, 1914, received a bodily injury through accidental means that resulted in his death directly, independently and exclusively of all other causes; whether four consecutive yearly renewal premiums of said policy were paid in advance, and whether notice of death and proof of loss were furnished as required by the policy.

Walter A. Chambers for appellant.

C. E. Fitzgerald and James McPhillips for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not voting: McLAUGHLIN, J.